**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KAREEM JAMES,**

    **Plaintiff,**　　　　　　　　　　**CASE NO.:   8:18-cv-01286-EAK-TGW**

**v.**

**MERRICK BANK,**

    **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW**, Plaintiff, **KAREEM JAMES**, by and through the undersigned counsel, hereby pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) notifies this Court that Plaintiff's cause against Defendant should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **June 22, 2018**,

                                                     */s/ Kaelyn Steinkraus*
                                                   Kaelyn Steinkraus, Esq.
                                                   Florida Bar No. 125132
                                                   Michael A. Ziegler, Esq.
                                                   Florida Bar No.  74864
                                                   **LAW OFFICE OF MICHAEL A.**
                                                    **ZIEGLER, P.L.**
                                                    13575 58th Street North, Suite 129
                                                    Clearwater, FL 33760
                                                    (P) 727-538-4188
                                                    (F) 727-362-4778
                                                    Kaelyn@zeigerlawoffice.com
                                                    mike@ziegerlerlawoffice.com
                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **22nd** day of **June, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  */s/ Kaelyn Steinkraus*
                                                  Kaelyn Steinkraus, Esq.
                                                  Florida Bar No. 125132